Stifnell, Appellant, *v.* Board of Adjustment.

Argued January 9, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused May 29, 1968.

*E. William Heuser,* with him *Torak and DeYoung,* for appellants.

*Russell J. Brownback,* Solicitor, for township, appellee.

OPINION PER CURIAM, March 15, 1968:
Order affirmed.